

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No: 04-3942: 04-3943

Filed: June 19, 2006

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

ELIE F. ABBOUD
MICHEL ABBOUD

    Defendants - Appellants

1:02cR236
Jmm

## MANDATE

Pursuant to the court's disposition that was filed 2/17/06 the mandate for this case hereby issues today. Affirmed in Part Vacated in Part & Remanded for resentencing

A True Copy.

COSTS: NONE

Filing Fee ...........$
Printing ............$

    Total ........$

Attest:

_Nancy Barnes_
Deputy Clerk