IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | CASE NO. 1:02 CR 0236 |
| **Plaintiff** | JUDGE JOHN ADAMS |
| v. | **MOTION TO JOIN DEFENDANT MICHEL ABBOUD'S MOTION FOR BAIL PENDING DESIGNATION OF INSTITUTION AND FOR THE RIGHT OF SELF-SURRENDER** |
| **ELIE ABBOUD, et al.** | |
| **Defendants** | |

Now comes Defendant Elie Abboud, by and through undersigned counsel, and for the same reasons articulated in Defendant Michel Abboud's Motion for Bail Pending Designation of Institution and for the Right of Self-Surrender (Docket 356), request the same relief. Elie Abboud has demonstrated repeatedly that he is not a flight risk, and requests an opportunity for a final visit with his mother.

Respectfully submitted,

***AMER CUNNINGHAM CO., L.P.A.***

/s/ Tom Houlihan
Jack Morrison, Jr. (#0014939)
Thomas R. Houlihan (#0070067)
Suite 1100, Key Building
159 South Main Street
Akron, OH 44308-1322
(330) 762-2411
Fax (330) 762-9918
***Attorneys for Defendant Elie Abboud***

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was served electronically upon all parties participating in the Court's electronic filing system, this <u>17</u> day of October, 2006.

                                        /s/ Tom Houlihan
                                        *Attorney for Defendant Elie Abboud*